warrant of arrest, the form and sufficiency of the verdict of the jury, and the form and sufficiency of the judgment of the court. To set forth these several objections in detail would unduly incumber the record and serve no useful purpose. Suffice it to say many of the objections thus urged are so devoid of merit that they would not be considered by the court on writ of error, and taken as a whole they utterly fail to show the invalidity of the judgment or process under which the petitioner is detained. Beyond this we are not permitted to inquire. Imprisonment for costs may not be lawful; but, if that part of the judgment is void, it does not entitle the petitioner to a discharge until the legal part of the judgment has been satisfied.

The order is affirmed.

---

### In re FRANCE & CANADA S. S. CORPORATION.

(Circuit Court of Appeals, Second Circuit. May 17, 1923.)

No. 293.

Bankruptcy ⊚═391 (3)—Denial of injunction restraining dispossess proceeding against trustee held in court's discretion.

Denial of injunction restraining landlord from maintaining dispossess proceeding against trustee in bankruptcy *held* to lie in discretion of the District Court.

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

In the matter of the France & Canada Steamship Corporation, bankrupt. An order of the referee enjoining the City of New York and the Commissioner of Docks from prosecuting a proceeding to dispossess the trustee under a lease which he had assumed, and denying leave to institute such proceeding, was reversed by the District Judge, and William S. Thompson, as trustee, brings a petition to revise. Petition dismissed.

L. Goldstone and Flaherty, Turner & Strouse, all of New York City (Louis H. Strouse, of New York City, of counsel), for petitioner.

George P. Nicholson, of New York City (Charles J. Nehrbas, of New York City, of counsel), for respondent.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Petition dismissed in open court, on the ground that the matter lies in the discretion of the District Court; this court declining to decide the case on the merits.

⊚═For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes